UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REIKO SUGAI-FERNANDEZ | : | CASE NO.: 3:13-CV-01575-SRU |
| VS. | : | |
| SOUTHERN CONNECTICUT PIZZA, INC., SAMANTHA STEBBINS, JILL STEBBINS and DOMINOS PIZZA, LLC | : | AUGUST 25, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1), the plaintiff, Reiko Sugai-Fernandez, and the defendants, Southern Connecticut Pizza, Inc., Samantha Stebbins, Jill Stebbins and Dominos Pizza, LLC, through their counsel, in the above-referenced matter, agree that the case be dismissed, with prejudice and without costs to any party. Each party expressly waives all rights to appeal.

| **REIKI SUGAI-FERNANDEZ,** | **SOUTHERN CONNECTICUT PIZZA, INC.,** |
|---|---|
| By Her Attorney, | By Its Attorney, |
| | |
| /s/Stewart M. Casper | /s/Timothy J. Duggan |
| Stewart M. Casper, (CT04348) | Timothy J. Duggan (CT17830) |
| Casper & DeToledo, LLC | Duggan, Gianacoplos & Mahoney, LLC |
| 1458 Bedford Street | 89 Access Road, Unit A |
| Stamford, CT 06905 | Norwood, MA 02062 |
| (203) 325-8600 | (781) 762-0077 |

| | |
|---|---|
| **SAMANTHA STEBBINS AND JILL STEBBINS,** | **DOMINOS PIZZA, LLC,** |
| By Their Counsel, | By Its Counsel, |
| /s/Dean E. Weddall<br>Dean E. Weddall, (CT09453)<br>Law Offices of Charles Walker<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06154-2138 | /s/Edward N. Storck<br>Edward N. Storck, (CT27312)<br>Morrison Mahoney, LLP<br>One Constitution Plaza<br>Tenth Floor<br>Hartford, CT 06103-1810 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on August 25, 2014, upon:

Stewart M. Casper, Esq.
Victoria De Toledo, Esq.
Casper & De Toledo, LLC
1458 Bedford Street
Stamford, CT 06905

Edward M. Storck, Esq.
Joseph Mascaro, Esq.
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

Dean E. Weddall, Esq.
Law Offices of Charles Walker
300 Windsor Street
P.O. Box 2138
Hartford, CT 06154-2138

Timothy J. Duggan